IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>Defendants. | 8:22CV240<br><br>**WARRANT FOR ARREST**<br>*IN REM* |

TO:  THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on July 1, 2022, the United States of America filed a verified Complaint *in rem* for civil forfeiture in the United States District Court for the District of Nebraska against the Defendant property, alleging said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the Complaint; and

WHEREAS, a portion of the Defendant property—namely, the defendant cash and a number of the defendant jewelry items noted in the Complaint—is in the possession, custody or control of the Federal Bureau of Investigation (FBI); and

WHEREAS, under such circumstances, pursuant to Rule G(3)(b)(i), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk of the Court shall issue an arrest Warrant *in rem* for the arrest of the aforementioned defendant property; and

WHEREAS, the remaining Defendant property [1]—namely, the defendant vehicles, defendant life insurance proceeds, and remaining items of defendant jewelry not in FBI custody

---

[1] The defendant real property listed in the Complaint cannot be seized pursuant to this Warrant for Arrest *in rem* and therefore the United States is proceeding under 18 U.S.C. § 985 with regard to the defendant real property.

as noted in the Complaint—is not in the possession, custody or control of the United States, the United States Marshals Service, or the FBI; and

WHEREAS, under such circumstances, pursuant to Rule G(3)(b)(ii), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk of the Court shall issue an arrest Warrant *in rem* for the arrest of that defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides the Warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

NOW, THEREFORE, you are hereby commanded to arrest the above-named Defendant property by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: July 1, 2022.

Clerk of the Court
United States District Court for the
District of Nebraska

By: _____
Deputy Clerk