IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>Defendants. | 8:22CV240<br><br>MOTION FOR PUBLICATION |

The United States of America, pursuant to Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, moves this Court for an order directing the United States to publish notice of this action and/or the arrest of the Defendant property on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on or about July 21, 2022.

This notice should contain a requirement that persons claiming an interest in the defendant property file their Claims no later than sixty days after the first day of publication on the official internet government forfeiture site and file an Answer or otherwise plead to the verified Complaint for civil forfeiture within twenty-one days from the date said Claim has been filed with the United States District Court.

In support of this Motion, the United States respectfully states as follows:

1. On July 1, 2022, the United States filed a verified forfeiture Complaint *in rem* and a Notice of seizure with this Court.

2. On July 1, 2022, the Deputy Clerk of the United States District Court for the District of Nebraska signed a Warrant for Arrest *in rem*.

3. On information and belief, the verified forfeiture Complaint *in rem*, Warrant for Arrest *in rem*, and Notice of seizure were served on the defendant property on or about July 2, 2022.

WHEREFORE, the United States of America seeks an Order from this Court directing the United States to publish notification of this action as directed above so this action may effectively foreclose any and all interests of any claimants unknown to the United States.

        UNITED STATES OF AMERICA,
        Plaintiff

        STEVEN A. RUSSELL
        Acting United States Attorney

By:   s/ Kimberly C. Bunjer
        KIMBERLY C. BUNJER, #20962
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE   68102-1506
        Tel:   (402) 661-3700
        Fax:   (402) 345-5724
        E-mail:   kim.bunjer@usdoj.gov