IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>    Defendants. | 8:22CV240<br><br>**ORDER FOR PUBLICATION** |

This matter is before the Court on the Motion for Publication (Filing No. 7) filed by the United States of America. The motion is granted and the United States is directed to publish such notification as requested.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge