IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-cv-00240 |
| Plaintiff, | |
| v. | **MOTION FOR PERMISSION TO FILE CLAIM/CLAIM ATTACHMENTS UNDER SEAL** |
| 2020 MCLAREN 600LT SPIDER, ET AL., | |
| Defendants. | |

COMES NOW B&B Real Estate, LLC and Brad Morehouse (hereinafter "Claimants") and hereby move the Court for an Order granting them leave to file the supporting documents to their claim under seal. In support of said Motion, Claimants state that the materials they intend to support their claim contain personal and business financial information relating to the ownership of B&B Real Estate, LLC, and the purchase and financing of real estate located at 2203 23rd Street, Columbus, Nebraska 68601.

Dated this 2nd day of August, 2022.

2

                                                        B&B Real Estate, LLC and Brad Morehouse, Claimants

                                                        By: */s/ John A. Svoboda*
                                                            John A. Svoboda, #19888
                                                             Dvorak Law Group, LLC
                                                             9500 W. Dodge Rd., Ste. 100
                                                             Omaha, NE 68114
                                                             402-934-4770
                                                             402-933-9630 (facsimile)
                                                             jsvoboda@ddlawgroup.com

                                                       Attorneys for B&B Real Estate, LLC and Brad Morehouse, Claimants.

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on this 2nd day of August, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of said filing to all parties of record.

                                                       */s/ John A. Svoboda*
                                                       John A. Svoboda