IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22CV-240 |
| Plaintiff, | |
| vs. | SEIZED ASSET CLAIM FORM |
| 2020 MCLAREN 600LT SPIDER, ET AL., | |
| Defendant. | |

COMES NOW Claimant, Jeffrey Stenstrom, and hereby claims an interest in the above-described property as owner of the items listed below:

1. Farmers NW Life Insurance Policy Number 009138164;
2. Breitling Navitimer 43mm Watch Item Number WBTG1778;
3. Breitling Aviator 8 Curtis Warhawk Watch Model# A133161AL1X1, Serial# 2989028;
4. 17756 East Colt Drive, Queen Creek, Arizona;

_____
Jeffrey Stenstrom

SUBSCRIBED AND SWORN TO before me under penalty of perjury this 27th day of July, 2022.

_____
NOTARY PUBLIC

GENERAL NOTARY - State of Nebraska
RUTH A. TRIMBLE
My Comm. Exp. July 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I hand delivered a copy of the above and foregoing document using First Class United States mail and electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following: Kimberly C. Bunjer, Assistant United States Attorney, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102.

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Claimant