IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8-22-CV-240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VERIFIED NOTICE OF CLAIM** |
| v. | ) | |
| | ) | |
| 2020 McLaren 600LT Spider.ET AL., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, Blake Cook, as Personal Representative for the Estate of Brett A. Cook (hereafter, "Personal Representative"), and as Trustee for the Brett A. Cook Revocable Trust (hereafter, "Trustee"), by and through his undersigned counsel, and hereby submits this verified claim pursuant to 18 U.S.C. § 981(g)(2)(B), and Fed. R. Civ. P. G(5)(a))(i).  In support of this verified claim, Blake Cook states as follows, pursuant to Fed. R. Civ. P. G(5)(a)(i)(A) - (D):

I.    <u>**Specific Property Claimed as Personal Representative**</u>:

| PROPERTY INFORMATION | |
|---|---|
| **Asset ID (if known)** | **Asset Description** |
| 22-FBI-005042 | **Real Property located at 17756 East Colt Drive, Parcel # 313-21-903** |
| 22-FBI-005065 | **Real Property located at 980 County Road W, Lot S-1146, Fremont, NE, Parcel # S-1146** |
| Unknown | **Real Property located at 4859 South 136 Street, Omaha,Nebraska** |
| 22-FBI-005069 | **Real Property (50% Interest) in 2203 23rd Street, Columbus, Nebraska** |
| Unknown | **Farmers NW Life Insurance Policy Number <u>009165409</u>** |
| Unknown | **Farmers NW Life Insurance Policy Number <u>006704990V</u>** |

| | |
|---|---|
| **Unknown** | 2020 McLaren 600LT Spider |
| **Unknown** | 2022 GMC Sierra-K2600 AT4 4x4 |
| **Unknown** | 2022 GMC Sierra-K2500 AT4 CC 4x4 |
| **22-FBI-005020** | $74,743.00 United States Currency |
| **22-FBI-005017** | Zenith EL Primero Watch;<br>Hublot Bing Bang Watch;<br>Breitling Navitimer 43mm Watch;<br>Rolex Daytona Watch 116509 Serial Number 65S626F8 21749;<br>Rolex Oyster Perpetual WatchSerial Number X64G6926AF124300X6<br>Rolex Oyster Perpetual Watch Serial Number 259G7053 2831-7351-4857;<br>18K Yellow Gold Hockey Goalie pendant with diamonds and yellow gold chain;<br>18K white gold adjustable chain and four hearts solitaire pendants;<br>Rolex Oyster Perpetual Watch Serial Number X5965319 22244;<br>18K Yellow Gold Hockey Player pendant with diamonds and gold chain<br>18K White Gold Bull Rider pendant with diamonds and chain;<br>18kt White Gold Wide Diamond ring with sapphires;<br>18kt White Gold Ladys Ring with sapphires and diamonds;<br>Rolex 40MM Oyster Perpetual Daytona White Mop8 Watch Serial Number C3J48934;<br>Astron SS CSHN Brace Watch;<br>¼ ctw DIA 18" station necklace;<br>8.30 ctw DIA 18KW necklace;<br>Rolex Oyster Perpetual Watch Serial Number 179E626<br>Breitling Aviator 8 Curtis<br>Warhawk Watch;<br>Omega Aqua Terra Limited<br>Edition Watch;<br>Omega Speedmaster Watch;<br>Omega Seamaster Watch;<br>Degrisogono Powerbreaker Watch |

## II.   <u>Specific Property Claimed as Trustee</u>:

| PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 22-FBI-005042 | **Real Property located at 17756 East Colt Drive, Parcel # 313-21-903** |
| 22-FBI-005065 | **Real Property located at 980 County Road W, Lot S-1146, Fremont, NE, Parcel # S-1146** |

| Unknown | Farmers NW Life Insurance Policy Number 009165409 |
| Unknown | Farmers NW Life Insurance Policy Number 006704990V |

## III.  Claimant's Interests:

All of the assets designated in the Government's Complaint for Forfeiture filed herein are part of the Estate of Brett A. Cook (the "Estate"). On June 30, 2022, the Registrar for the County Court of Douglas County, Nebraska, issued a Statement of Informal Probate appointing Blake Cook as Personal Representative for the Estate. The Personal Representative has a fiduciary duty to settle and distribute the estate of the decedent, according to the terms of the decedent's probated last will and the laws of the state of Nebraska, and in accordance with the best interests of the successors to the estate (Neb. Rev. Stat. § 30-2464). Further, according to Neb. Rev. Stat. § 30-2470, the Personal Representative has both the power and the obligation to take possession and control of the decedent's property, and is obligated to take all steps reasonably necessary to manage, protect, and preserve the property of the decedent. The laws of Nebraska also provide that no claim can be pursued against the estate of a decedent until a personal representative has been appointed for that estate (Neb. Rev. Stat. § 30-2404).

Additionally, the Brett A. Cook Revocable Trust (the "Trust") is the owner of each of the assets identified above. Blake Cook was named as the successor Trustee of the Trust, pursuant to Section 11 of the Amended and Restated Trust Agreement Creating the Brett A. Cook Revocable Trust. As Trustee, Blake Cook has a fiduciary duty to administer the Trust as required by Nebraska law. Those duties include paying Trust

creditors and other Trust liabilities, and paying his attorneys and other professionals, including CPA's, to assist with the legal filings and other necessary legal work for the administration of the Trust.  He is required to administer the Trust in good faith in accordance with its terms and purposes and the interest of the beneficiaries in accordance with the Nebraska Uniform Trust Code. *See*  Neb. Rev. Stat. § 30-3866.

WHEREFORE, Blake Cook, as Personal Representative and Trustee, respectfully requests that the above-captioned civil judicial forfeiture matter be stayed, pursuant to 18 U.S.C. § 981(g)(2), and that the Court enter an "order necessary to preserve the value of the property or to protect the rights of lienholders or other persons with an interest in the property while the stay is in effect." *See* 18 U.S.C. § 981(g)(6).

DATED this 5th day of August, 2022.

Blake Cook, Personal Representative of the Estate of Brett A. Cook and  Trustee for the Brett A. Cook Revocable Trust,

By:     */s/ Katherine A. McNamara*
Katherine A. McNamara, #25142
Margaret A. Rossiter, #26853
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000 (telephone)
(402) 341-8290 (facsimile)
kmcnamara@fraserstryker.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing was filed electronically via PACER CM/ECF and was served this 5th day of August, 2022, by electronic mail and U.S. mail upon the following:

United States Attorney's Office
District of Nebraska
ATTN: KIM BUNJER
1620 Dodge Street #1400
Omaha, NE 68102
kim.bunjer@usdoj.gov