IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CV240 |
| vs. | MOTION FOR AMENDED PUBLICATION |
| 2020 MCLAREN 600LT SPIDER, ET AL., | |
| Defendants. | |

The United States of America, pursuant to Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, moves this Court for an order directing the United States to publish notice of this action and/or the arrest of the Defendant property on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on or about August 11, 2022.

This notice should contain a requirement that persons claiming an interest in the defendant property file their Claims no later than sixty days after the first day of publication on the official internet government forfeiture site and file an Answer or otherwise plead to the verified Complaint for civil forfeiture within twenty-one days from the date said Claim has been filed with the United States District Court.

In support of this Motion, the United States respectfully states as follows:

1. On August 11, 2022, the United States filed an Amended verified forfeiture Complaint *in rem* and an Amended Notice of seizure with this Court.

2. On July 1, 2022, the Deputy Clerk of the United States District Court for the District of Nebraska signed a Warrant for Arrest *in rem*.

3. On information and belief, the verified forfeiture Complaint *in rem*, Warrant for Arrest *in rem*, and Notice of seizure were served on the defendant property on or about July 2, 2022.

WHEREFORE, the United States of America seeks an Order from this Court directing the United States to publish notification of this action as directed above so this action may effectively foreclose any and all interests of any claimants unknown to the United States.

UNITED STATES OF AMERICA,
Plaintiff

STEVEN A. RUSSELL
Acting United States Attorney

By: s/ Kimberly C. Bunjer
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE   68102-1506
Tel:   (402) 661-3700
Fax:   (402) 345-5724
E-mail:   kim.bunjer@usdoj.gov
