**Attachment A**:

1.  The defendant real property known and numbered as follows:

980 County Road W, Space 1146, Fremont, Nebraska, with all its appurtenances, improvements, and attachments thereon, and is more fully described as: Lot S-1146, Lake SKI-DI, In Woodcliff, a subdivision as surveyed, platted and recorded in Saunders County, Nebraska.