**Attachment A**:

1.  The defendant real property known and numbered as follows:

5605 North 168th Street, Omaha, Nebraska, with all its appurtenances, improvements, and attachments thereon, and is more fully described as: That part of the Southwest Quarter (SW1/4) of Section 34, Township 16 North, Range 11 East of the 6th P.M, Douglas County, Nebraska, described as follows: Commencing at the Northwest corner of said SW1/4; thence S00°41'09"E (assumed bearing), a distance of 1412.4 feet to the Point of Beginning; thence N89°10'51"E, a distance of 532.36 feet; thence S00°41'09"E on a line, 532.26 feet East of and parallel with the West line of said SW1/4 , a distance of 409.20 feet; thence S89°18'51"W, a distance of 532.26 feet to a point on the West line of said SW1/4; thence N00°41'09"W along the West line of said SW1/4, a distance of 409.20 feet to the Point of Beginning

LESS AND EXCEPT

A tract of land located in Southwest Quarter of the Southwest Quarter (SW1/4 SW1/4) of Section 34, Township 16 North, Range 11 East of the 6th PM, Douglas County, Nebraska, more particularly described as follows: Commencing at the Southwest corner of said Section 34; thence N03°04'54"W (assumed bearing), along the West line of said Section 34, a distance of 818.78 feet; thence N86°55'06"E, a distance of 33.00 feet to a point on the East right-of-way line of 168th Street, said point also being the Point of Beginning; thence N03°04'54"W, along said East right-of-way line of 168th Street, a distance of 409.20 feet; thence N86°55'06"E, along said East right-of-way line of 168th Street, a distance of 17.00 feet to the Southwest corner of Lot 628, Stone Creek, a subdivision as surveyed and platted in said Section 34, Douglas County, Nebraska; thence S03°04'53"E, along a line 50.00 feet East of and parallel to said West line of Section 34, a distance of 409.20 feet to the Northwest corner of Lot 545, Stone Creek, said point also being on said East right-of-way line of 168th Street; thence S86°55'06"W, along said East right-of-way line of 168th Street, a distance of 17.00 feet to the Point of Beginning. Said tract of land contains an area of 6,957 Square feet, or 0.160 acres, more or less.