**Attachment A**:

1. The defendant real property known and numbered as follows:

17756 East Colt Drive, Queen Creek, Arizona, with all its appurtenances, improvements, and attachments thereon, and is more fully described as: lot 95, of Dorada Estates, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 1151 of Maps, Page 37 and amended in part, and together with all that real property as shown on the amended final plat of Dorada Estates Amend, according to Book 1271 of Maps Page 31, of Official Records.