**Attachment A**:

1.      The defendant real property known and numbered as follows:

2203 23rd Street, Columbus, Nebraska Lot 1. Block 19, Phillips Third Addition to the City of Columbus, in Platte County, Nebraska.

LESS and EXCEPT that certain tract of land described as follows: Beginning at the Northwest Corner of said Lot 1, said point being on the Southerly existing Highway 30 Right of Way line; Thence Easterly a distance of 44.09 Feet along said Right of Way line to the Northeast Corner of said Lot 1; thence Southerly deflecting 089 Degrees, 21 Minutes, 54 Seconds right, a distance of 13.39 Feet along the East line of said Lot 1; thence Westerly deflecting 090 Degrees, 16 Minutes, 01 Seconds right, a distance of 44.09 Feet to a point on the West line of said Lot 1; Thence Northerly deflecting 089 Degrees, 43 Minutes, 59 Seconds right. a distance of 13.68 Feet along said line to the Northwest Corner of said Lot 1 to the Point of Beginning.