IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>Defendants. | 8:22CV240<br><br>**AMENDED ORDER FOR PUBLICATION** |

This matter is before the Court on the Amended Motion for Publication (Filing No. 17) filed by the United States of America. The Amended Motion is granted and the United States is directed to publish such notification as requested.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge