IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

2020 McLaren 600LT Spider et al,

Defendants.

8:22-CV-240

**ORDER GRANTING MOTION FOR WRIT OF ENTRY**

**WRIT OF ENTRY**

The United States having filed an Amended Verified Complaint for Forfeiture In Rem, Filing 15, against 5605 North 168th Street, Omaha, Nebraska, ("defendant real property"), whose legal description is attached to this Order as Attachment A and included as Attachment A to the Motion for Writ of Entry, Filing 19; Filing 19-1; and

The United States having not requested authority to seize the defendant real property at this time but having stated that it will post notice of the Amended Complaint for Forfeiture In Rem on the defendant real property and serve notice of this action and a copy of the Complaint on the owners of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the defendant real property and, as provided in 19 U.S.C. § 1606, to conduct an appraisal; it is

ORDERED that the United States Marshals Service or its designee is hereby authorized:

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this In Rem forfeiture action against the defendant real

1

property, for the purpose of conducting an inspection and inventory and appraisal of the

defendant real property, and

2.  to be accompanied on any such occasion by any appraiser(s) selected by it for the

purpose of appraising the condition and value of the defendant real property pursuant to 18

U.S.C. § 985(b)(2), 18 U.S.C. § 983(j), and 19 U.S.C. § 1606, which appraisal may include,

among other means, still and video photography, and

3.  to be accompanied on any such occasion by any government and contract personnel

selected by it for the purpose of conducting an inspection and inventory of the defendant real

property, which inspection and inventory may include, among other means, still and video

photography, and

4.  to be accompanied on any such occasion by any federal, state, and local law

enforcement officers selected by it to ensure the safety of personnel acting under this Writ of

Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be

deemed a violation of a Court order and may be punished as a contempt, as a violation of 18

U.S.C. § 2232 prohibiting the impairment of In Rem jurisdiction, or otherwise as provided by

law.

Dated this 12th of August, 2022.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

**Attachment A**:

1.      The defendant real property known and numbered as follows:

5605 North 168th Street, Omaha, Nebraska, with all its appurtenances, improvements, and attachments thereon, and is more fully described as:   That part of the Southwest Quarter (SW1/4) of Section 34, Township 16 North, Range 11 East of the 6th P.M, Douglas County, Nebraska, described as follows: Commencing at the Northwest corner of said SW1/4; thence S00°41'09"E (assumed bearing), a distance of 1412.4 feet to the Point of Beginning; thence N89°10'51"E, a distance of 532.36 feet; thence S00°41'09"E on a line, 532.26 feet East of and parallel with the West line of said SW1/4 , a distance of 409.20 feet; thence S89°18'51"W, a distance of 532.26 feet to a point on the West line of said SW1/4; thence N00°41'09"W along the West line of said SW1/4, a distance of 409.20 feet to the Point of Beginning

LESS AND EXCEPT

A tract of land located in Southwest Quarter of the Southwest Quarter (SW1/4 SW1/4) of Section 34, Township 16 North, Range 11 East of the 6th PM, Douglas County, Nebraska, more particularly described as follows: Commencing at the Southwest corner of said Section 34; thence N03°04'54"W (assumed bearing), along the West line of said Section 34, a distance of 818.78 feet; thence N86°55'06"E, a distance of 33.00 feet to a point on the East right-of-way line of 168th Street, said point also being the Point of Beginning; thence N03°04'54"W, along said East right-of-way line of 168th Street, a distance of 409.20 feet; thence N86°55'06"E, along said East right-of-way line of 168th Street, a distance of 17.00 feet to the Southwest corner of Lot 628, Stone Creek, a subdivision as surveyed and platted in said Section 34, Douglas County, Nebraska; thence S03°04'53"E, along a line 50.00 feet East of and parallel to said West line of Section 34, a distance of 409.20 feet to the Northwest corner of Lot 545, Stone Creek, said point also being on said East right-of-way line of 168th Street; thence S86°55'06"W, along said East right-of-way line of 168th Street, a distance of 17.00 feet to the Point of Beginning. Said tract of land contains an area of 6,957 Square feet, or 0.160 acres, more or less.

3