IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CV-240 |
| vs. | ORDER GRANTING MOTION FOR WRIT OF ENTRY |
| 2020 McLaren 600LT Spider et al, | |
| Defendants. | |

## WRIT OF ENTRY

The United States having filed an Amended Verified Complaint for Forfeiture In Rem, Filing 15, against 17756 East Colt Drive, Queen Creek, Arizona, ("defendant real property"), whose legal description is attached to this Order as Attachment A and included as Attachment A to the Motion for Writ of Entry, Filing 20; Filing 20-1; and

The United States having not requested authority to seize the defendant real property at this time but having stated that it will post notice of the Amended Complaint for Forfeiture In Rem on the defendant real property and serve notice of this action and a copy of the Complaint on the owners of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the defendant real property and, as provided in 19 U.S.C. § 1606, to conduct an appraisal; it is

ORDERED that the United States Marshals Service or its designee is hereby authorized:

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this In Rem forfeiture action against the defendant real

1

property, for the purpose of conducting an inspection and inventory and appraisal of the defendant real property, and

    2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 18 U.S.C. § 985(b)(2), 18 U.S.C. § 983(j), and 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

    3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography, and

    4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

    Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of In Rem jurisdiction, or otherwise as provided by law.

    Dated this 12th of August, 2022.

                                               BY THE COURT:

                                               _____
                                               Brian C. Buescher
                                               United States District Judge

**Attachment A:**

1. The defendant real property known and numbered as follows:

17756 East Colt Drive, Queen Creek, Arizona, with all its appurtenances, improvements, and attachments thereon, and is more fully described as: lot 95, of Dorada Estates, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 1151 of Maps, Page 37 and amended in part, and together with all that real property as shown on the amended final plat of Dorada Estates Amend, according to Book 1271 of Maps Page 31, of Official Records.