IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:22CV-240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JURY TRIAL DEMAND** |
| | ) | |
| 2020 MCLAREN 600LT SPIDER, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Claimant Jeffrey Stenstrom and hereby demands a jury trial on the Plaintiff's Complaint as alleged in Plaintiff's Paragraphs 2, 5 (a), 6 (c), and 6 (s) that the Defendant property was subject to forfeiture.

                JEFFREY STENSTROM, Claimant,

By:   *s/Stuart J. Dornan*
        STUART J. DORNAN, #18553
        Attorney for Claimant
        Dornan, Troia, Howard, Breitkreutz
        Conway & Dahlquist PC LLO
        1403 Farnam Street, Suite 232
        Omaha, Nebraska 68102
        (402) 884-7044 (phone)
        (402) 884-7045 (fax)
        stu@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Kimberly C. Bunjer, Assistant United States Attorney
Mikala Purdy-Steenholdt, Assistant United States Attorney.

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Claimant
