**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22-CV-240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERIFIED CLAIM** |
| | ) | **OF DARLAND PROPERTIES** |
| 2020 McLaren 600 LT Spider; | ) | |
| | ) | |
| 2022 GMC Sierra-K2600 AT4 4x4; | ) | |
| | ) | |
| 2022 GMC Sierra-K2500 AT4 CC 4x4; | ) | |
| | ) | |
| $74,743.00 United States Currency; | ) | |
| | ) | |
| Farmers NW Life Insurance Policy Number 009138164; | ) | |
| | ) | |
| Farmers NW Life Insurance Policy Number 009165409; | ) | |
| | ) | |
| Farmers NW Life Insurance Policy Number 006704990V; | ) | |
| | ) | |
| Zenith EL Primero Watch; | ) | |
| | ) | |
| Hublot Big Bang Watch; | ) | |
| | ) | |
| Breitling Navitimer 43mm Watch; | ) | |
| | ) | |
| Rolex Daytona Watch 116509 Serial Number 65S626F8 21749; | ) | |
| | ) | |
| Rolex Oyster Perpetual Watch Serial Number X64G6926 AF124300X6; | ) | |
| | ) | |
| Rolex Oyster Perpetual Watch Serial Number 259G7053 2831-7351-4857; | ) | |
| | ) | |
| 18K Yellow Gold Hockey Goalie pendant with diamonds and yellow gold chain; | ) | |
| | ) | |
| 18K white gold adjustable chain and four hearts solitaire pendants; | ) | |
| | ) | |
| Rolex Oyster Perpetual Watch Serial Number | ) | |

X5965319 22244;                                    )
                                                   )
18K Yellow Gold Hockey Player pendant              )
with diamonds and gold chain;                      )
                                                   )
18K White Gold Bull Rider pendant with             )
diamonds and chain;                                )
                                                   )
18kt White Gold Wide Diamond ring with             )
Sapphires;                                         )
                                                   )
18kt White Gold Ladys Ring with sapphires          )
and diamonds;                                      )
                                                   )
Rolex 40MM Oyster Perpetual Daytona                )
White Mop8 Watch Serial Number                     )
C3J48934;                                          )
                                                   )
Astron SS CSHN Brace Watch;                        )
                                                   )
¼ ctw DIA 18" station necklace;                    )
                                                   )
8.30 ctw DIA 18KW necklace;                        )
                                                   )
Rolex Oyster Perpetual Watch Serial Number )
179E626;                                           )
                                                   )
Breitling Aviator 8 Curtis Warhawk Watch;          )
                                                   )
Omega Aqua Terra Limited Edition Watch;            )
                                                   )
Omega Speedmaster Watch;                           )
                                                   )
Omega Seamaster Watch;                             )
                                                   )
Degrisogono Powerbreaker Watch;                    )
                                                   )
17756 East Colt Drive, Queen Creek,                )
Arizona;                                           )
                                                   )
980 County Road W, Space 1146, Fremont,            )
Nebraska;                                          )
                                                   )
5605 North 168th Street, Omaha, Nebraska;          )
                                                   )
50% Interest in 2203 23rd Street, Columbus,        )
Nebraska,                                          )
                                                   )

Defendants.                    )
                               )
                               )

COMES NOW Darland Properties, LLC ("Properties"), by and through its attorneys of record, and on its own behalf and on the behalf of those entities for which Properties provided property management services during the relevant period files this Verified Claim in accordance with Supplemental Rule G(5) of the Federal Rules of Civil Procedure.

DARLAND PROPERTIES, LLC

By: _____
    Mark F. Enenbach, #15202
    DJ Rison, #27225
    McGrath North, Mullin & Kratz, PC LLO
    First National Tower, Suite 3700
    1601 Dodge Street
    Omaha, NE  68102
    (402) 341-3070
    menenbach@mcgrathnorth.com
    djrison@mcgrathnorth.com

    -and-

By: _____
    Edward D. Hotz, #11927
    William N. Beerman, #26544
    Benjamin C. Deaver, #26315
    Pansing Hogan Ernst & Bachman LLP
    10250 Regency Circle, #300
    Omaha, NE  68114-3728
    (402) 397-5500
    ehotz@pheblaw.com
    wbeerman@pheblaw.com
    bdeaver@pheblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _30_ day of _August_, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which sent electronic notification of such filing to all participants and was sent by U.S. mail, First Class, postage prepaid, to the following:

Kimberly C. Bunjer
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102

Mikala Purdy-Steenholdt
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102