# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22-CV-240 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE BY MARK F. ENENBACH FOR CLAIMANTS.** |
| vs. | ) | |
| 2020 MCLAREN 600LT SPIDER; ET AL. | ) | |
| Defendants. | ) | |

Mark F. Enenbach hereby enters his appearance as counsel of record for Claimants Darland Properties, LLC.

Dated: August 31, 2022.

DARLAND PROPERTIES, LLC

By: /s/ *Mark F. Enenbach*
Mark F. Enenbach
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
menenbach@mcgrathnorth.com
ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system which should send notification of such filing to all CM/ECF participants.

/s/ *Mark F. Enenbach*
Mark F. Enenbach