# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2020 MCLAREN 600 LT SPIDER; ET AL. ) <br> ) <br> Defendant. ) | CASE NO. 8:22-CV-240 <br><br> **NOTICE OF APPEARANCE BY** <br> **EDWARD D. HOTZ FOR CLAIMANT** |

Edward D. Hotz hereby enters his appearance as additional counsel of record for Claimant Darland Properties, LLC.

Dated: September 2, 2022.

DARLAND PROPERTIES, LLC

By:/s/ *Edward D. Hotz*
Edward D. Hotz, #11927
PANSING HOGAN ERNST & BACHMAN, LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
402-397-5500
402-397-4853 (fax)
ehotz@pheblaw.com
ATTORNEY FOR CLAIMANT