# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22-CV-240 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE BY** |
| vs. | ) | **WILLIAM N. BEERMAN FOR** |
| | ) | **CLAIMANT** |
| 2020 MCLAREN 600 LT SPIDER; ET AL. | ) | |
| Defendant. | ) | |

William N. Beerman hereby enters his appearance as additional counsel of record for Claimant Darland Properties, LLC.

Dated: September 2, 2022.

DARLAND PROPERTIES, LLC


By:*/s/ William N. Beerman*
William N. Beerman, #26544
PANSING HOGAN ERNST & BACHMAN, LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
402-397-5500
402-397-4853 (fax)
ehotz@pheblaw.com
ATTORNEY FOR CLAIMANT