IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>    Defendant. | 8:22Cv240<br><br>**NOTICE OF SERVICE** |

  Pursuant to Rule G(4), Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, on August 10, 2022, the United States sent a Notice of Judicial Forfeiture Proceeding, a copy of the Amended Verified Complaint for Forfeiture *in rem,* and Warrant for Arrest *in rem* for the above action, to the following:

1. Blake Cook, *via* certified mail to xxxx Ames Avenue, Elkhorn, Nebraska 68022. The certified mail was delivered and signed for on August 15, 2022;

2. Lauren Cook, *via* certified mail to xxxx Ames Avenue, Elkhorn, Nebraska 68022. The certified mail was delivered and signed for on August 15, 2022;

3. Lauren Cook, *via* certified mail also to xxxxx Marinda Street, Omaha, Nebraska 68130. The certified mail was delivered and signed for on August 13, 2022;

4. Ella Cook, *via* certified mail to xxxx Marinda Street, Omaha, Nebraska 68130. The certified mail was delivered and signed for on August 13, 2022;

5. Ella Cook, *via* certified mail also to xxxx South 201st. Avenue, Omaha, Nebraska 68130. The certified mail was delivered on August 13, 2022;

6. Payton Cook, *via* certified mail to xxxx South 201st. Avenue, Omaha, Nebraska 68130. The certified mail was delivered on August 13, 2022;

7. Payton Cook, *via* certified mail also to xxxx Marinda Street, Omaha, Nebraska 68130. The certified mail was delivered and signed for on August 13, 2022;

8. Brian Cook, *via* certified mail to xxxx South 201st. Avenue, Omaha, Nebraska 68130. The certified mail was delivered to an individual at the address on August 13, 20022;

9. Jeffrey Stenstrom, *via* certified mail to xxxx South 191st Avenue, Omaha, Nebraska 68130. The certified mail was delivered and signed for on August 13, 2022;

10. Stuart Dornan, counsel for Jeffrey Stenstrom, *via* certified mail to Troia, Howard, Breitkruetz, Conway and Dahlquist PC LLC, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102;

11. Bradley Morehouse, *via* certified mail to xxxx Webster Street, Omaha, Nebraska 68118. The certified mail was delivered and signed for on August 22, 2022;

12. B & B Real Estate, *via* certified mail to xxxx Webster Street, Omaha, Nebraska 68118. The certified mail was delivered and signed for on August 22, 2022;

13. John A. Svoboda, counsel for Bradley Morehouse and B&B Real Estate, *via* certified mail to his office at Dvorak Law Group, 9500 West Dodge Road Suite 100, Omaha, NE 68114. The certified mail was delivered and signed for on August 15, 2022;

14. Jeff Heng, *via* certified mail to xxxx North 168th Street, Omaha, Nebraska 68116. The certified mail was returned as undeliverable on September 6, 2022;

15. Andrew Huber, Smith Pauley LLP, counsel for Jeffrey Heng, *via* certified mail to his office at 3555 Farnam Street Suite 1000, Omaha, NE 68131. The certified mail was delivered and signed for on August 15, 2022;

16. Michael Cook, *via* certified mail to xxxx Andromeda Avenue Henderson, Nevada 89044. The certified mail was delivered on August 15, 2022;

17. Brett A. Cook Revocable Trust, *via* certified mail to 980 County Road W, S 1146, Fremont, Nebraska 68025. The certified mail was returned as undeliverable on September 6, 2022;

18. Brett A. Cook Revocable Trust, *via* certified mail to 17756 East Colt Drive, Queen Creek, Arizona 85142. The certified mail was returned as undeliverable on September 6, 2022;

19. Pinnacle Bank, *via* certified mail to Mike Kivett, Attorney at Law, Walentine O'Toole, LLP, 11240 Davenport St., P.O. Box 540125, Omaha, Nebraska 68154-0125; The certified mail was returned as undeliverable on August 15, 2022;

20. Pinnacle Bank, *via* certified mail to PO Box 598, 20544 Highway 370, Gretna, Nebraska 68028. The certified mail was returned as undeliverable on August 15, 2022;

21. First Westroads Bank, *via* certified mail to 15750 West Dodge Road, Omaha, Nebraska 68118. The certified mail was returned as undeliverable on August 15, 2022.

        UNITED STATES OF AMERICA, Plaintiff

        STEVEN A. RUSSELL
        Acting United States Attorney

By:  s/ Kimberly C. Bunjer
      KIMBERLY C. BUNJER, #20962
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE 68102-1506
      Tel: (402) 661-3700
      Fax: (402) 345-5724
      E-mail: kim.bunjer@usdoj.gov