IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:22CV-240 |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED NOTICE OF VERIFIED CLAIM OF JEFFREY STENSTROM** |
| 2020 MCLAREN 600LT SPIDER, ET AL., | ) | |
| Defendant. | ) | |

COMES NOW Claimant, Jeffrey Stenstrom, and hereby submits an Amended Notice of Verified Claim. Mr. Stenstrom submitted a Seized Asset Claim Form on August 3, 2022. The Government filed an Amended Complaint on August 11, 2022. Mr. Stenstrom, having already submitted his Seized Asset Claim Form, filed an Answer to the Government's Amended Complaint on August 24, 2022. Mr. Stenstrom's claims of ownership have not changed and submits this Amended Verified Notice of Claim for the property listed below:

1. Farmers NW Life Insurance Policy Number 009138164;
2. Breitling Navitimer 43mm Watch Item Number WBTG1778;
3. Breitling Aviator 8 Curtis Warhawk Watch Model# A133161AL1X1, Serial# 2989028; and
4. 17756 East Colt Drive, Queen Creek, Arizona.

_____
Jeffrey Stenstrom

SUBSCRIBED AND SWORN TO before me under penalty of perjury this 13th day of September, 2022.

_____
NOTARY PUBLIC



GENERAL NOTARY - State of Nebraska
RUTH A. TRIMBLE
My Comm. Exp. July 14, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, I delivered a copy of the above and foregoing document using First Class United States mail and electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following: Kimberly C. Bunjer, Assistant United States Attorney, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102.

                                      *s/Stuart J. Dornan*
                                      STUART J. DORNAN, #18553
                                      Attorney for Claimant