# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:22-CV-240 |
| Plaintiff, | |
| v. | |
| 2020 McLaren 600 LT Spider; | |
| 2022 GMC Sierra-K2600 AT4 4x4; | **DARLAND PROPERTIES, LLC'S** |
| 2022 GMC Sierra-K2500 AT4 CC 4x4; | **DEMAND FOR JURY TRIAL** |
| $74,743.00 United States Currency; | |
| Farmers NW Life Insurance Policy Number 009138164; | |
| Farmers NW Life Insurance Policy Number 009165409; | |
| Farmers NW Life Insurance Policy Number 006704990V; | |
| Zenith EL Primero Watch; | |
| Hublot Big Bang Watch; | |
| Breitling Navitimer 43mm Watch; | |
| Rolex Daytona Watch 116509 Serial Number 65S626F8 21749; | |
| Rolex Oyster Perpetual Watch Serial Number X64G6926 AF124300X6; | |
| Rolex Oyster Perpetual Watch Serial Number 259G7053 2831-7351-4857; | |
| 18K Yellow Gold Hockey Goalie pendant with diamonds and yellow gold chain; | |
| 18K white gold adjustable chain and four hearts solitaire pendants; | |
| Rolex Oyster Perpetual Watch Serial Number X5965319 22244; | |

| | |
|---|---|
| 18K Yellow Gold Hockey Player pendant with diamonds and gold chain; | ) ) ) |
| 18K White Gold Bull Rider pendant with diamonds and chain; | ) ) ) |
| 18kt White Gold Wide Diamond ring with Sapphires; | ) ) ) |
| 18kt White Gold Ladys Ring with sapphires and diamonds; | ) ) ) |
| Rolex 40MM Oyster Perpetual Daytona White Mop8 Watch Serial Number C3J48934; | ) ) ) ) |
| Astron SS CSHN Brace Watch; | ) ) |
| ¼ ctw DIA 18" station necklace; | ) ) |
| 8.30 ctw DIA 18KW necklace; | ) ) |
| Rolex Oyster Perpetual Watch Serial Number 179E626; | ) ) ) |
| Breitling Aviator 8 Curtis Warhawk Watch; | ) ) |
| Omega Aqua Terra Limited Edition Watch; | ) ) |
| Omega Speedmaster Watch; | ) ) |
| Omega Seamaster Watch; | ) ) |
| Degrisogono Powerbreaker Watch; | ) ) |
| 17756 East Colt Drive, Queen Creek, Arizona; | ) ) ) |
| 980 County Road W, Space 1146, Fremont, Nebraska; | ) ) ) |
| 5605 North 168th Street, Omaha, Nebraska; | ) ) |
| 50% Interest in 2203 23rd Street, Columbus, Nebraska, | ) ) ) |
| Defendants. | ) ) ) |

2

COMES NOW Darland Properties, LLC on its own behalf and on behalf of those entities for which Properties provided management services during the relevant period as identified in Properties' Verified Claim (Doc #31), its Clients (defined in ¶12 of Properties' Verified Claim) and Consenting Clients (defined in ¶13 of Properties' Verified Claim), pursuant to Supplemental Rule G(9) and Rule 38 of the Federal Rules of Civil Procedure hereby demands a trial by jury on all issues so triable in the above-captioned matter.

Dated: September 28, 2022.

        DARLAND PROPERTIES, LLC

        By: /s/ Mark F. Enenbach
            Mark F. Enenbach, #15202
            DJ Rison, #27225
            McGrath North, Mullin & Kratz, PC LLO
            First National Tower, Suite 3700
            1601 Dodge Street
            Omaha, NE 68102
            (402) 341-3070
            menenbach@mcgrathnorth.com
            drison@mcgrathnorth.com

        -and-

        By:/s/ Edward D. Hotz
            Edward D. Hotz, #11927
            William N. Beennan, #26544
            Benjamin C. Denver, #26315
            Pansing Hogan Ernst & Bachman, LLP
            10250 Regency Circle, #300
            Omaha, NE 68114-3728
            (402) 397-5500
            ehotz@pheblaw.com
            wbeerman@pheblaw.com
            bdeaver@pheblaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 28th day of September 2022, a copy of the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system which sent notification electronically to such to all CM/ECF participants.

                                                /s/ Mark F. Enenbach