IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>　　　　　Defendants. | 8:22CV240<br><br>NOTICE OF SUBPOENA |

　　　　The United States of America hereby provides notice pursuant to Fed. R. Civ. P. 45(a)(4) of its intent to serve a subpoena on:

- Sewell Ford, 4400 Parks Legado Rd, Odessa, Texas, 79765; and
- First American Credit Union, 1001 N. Pinal Avenue, Case Grande, Arizona, 85122-3906.

regarding 2022 GMC Sierra K2500 AT4, VIN#: 1GT49PEYXNF163905 and 2022 GMC Sierra VIN#: 1GT49PEY5NF145456.

　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　STEVEN A. RUSSELL
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　By:　　s/ Mikala Purdy-Steenholdt
　　　　　　　　　　　　　　　　　　　MIKALA PURDY-STEENHOLDT
　　　　　　　　　　　　　　　　　　　(NY#5112289)
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Omaha, NE   68102-1506
　　　　　　　　　　　　　　　　　　　Tel:　(402) 661-3700
　　　　　　　　　　　　　　　　　　　Fax:　(402) 345-5724
　　　　　　　　　　　　　　　　　　　E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:22CV240 |
| | ) | |
| 2020 MCLAREN 600LT SPIDER, ET AL., | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Sewell Ford,  4400 Parks Legado Rd, Odessa, TX  79765

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   See Attachment.

| Place: Mikala Purdy-Steenholdt, Office of the United States Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 | Date and Time:<br><br>10/31/2022 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/07/2022

*CLERK OF COURT*

OR

_____      *Mikala Purdy-Steenholdt*
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff, United States_____ , who issues or requests this subpoena, are:

Mikala Purdy-Steenholdt, Assistant U.S. Attorney, 1620 Dodge St., Ste. 1400, Omaha, NE 68102-1506; (402) 661-3700/ Mikala.purdy-Steenholdt@usdoj.gov.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:22CV240 |
| 2020 MCLAREN 600LT SPIDER, ET AL., | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: First American Credit Union, 1001 N. Pinal Avenue, Case Grande, AZ 85122-3906

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment.

| Place: Mikala Purdy-Steenholdt, Office of the United States Attorney 1620 Dodge Street, Suite 1400 Omaha, NE 68102-1506 | Date and Time: 10/31/2022 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/07/2022

*CLERK OF COURT*

OR  *Mikala Purdy-Steenholdt*

_____   _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff, United States_____, who issues or requests this subpoena, are:
Mikala Purdy-Steenholdt, Assistant U.S. Attorney, 1620 Dodge St., Ste. 1400, Omaha, NE 68102-1506; (402) 661-3700/ mikala.purdy-steenholdt@usdoj.gov

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).