IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER, ET AL.,<br><br>Defendants. | 8:22CV240<br><br>**DECLARATION OF PUBLICATION** |

Notice of this civil forfeiture action (Attachment 1) was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on August 13, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as shown by the Advertisement Certification Report (Attachment 2).

Dated: October 19, 2022.

                                              UNITED STATES OF AMERICA,
                                              Plaintiff

                                              STEVEN A. RUSSELL
                                              Acting United States Attorney

                              By:    s/ Kimberly C. Bunjer
                                              KIMBERLY C. BUNJER, #20962
                                              Assistant U.S. Attorney
                                              1620 Dodge Street, Suite 1400
                                              Omaha, NE   68102-1506
                                              Tel:  (402) 661-3700
                                              Fax:  (402) 345-5724
                                              E-mail:  kim.bunjer@usdoj.gov