# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA
# COURT CASE NUMBER: 8:22CV240; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Miscellaneous jewelry seized from inside a safe in the master bedroom at 980 County Road W, Lot S1146, Fremont, NE Ser No: see list (22-FBI-005017), including the following items: 1 Rolex Oyster Perpetual watch, Ser No: 124300; 1 Rolex Cosmograph Daytona watch, Ser No: 655626F8; 1 Rolex Oyster Perpetual watch, Ser No: 124300; 1 Diamond Pendant and Chain (18k yellow gold with 105 round full cut diamonds, Hockey goalie), Ser No: none; 1 Diamond Pendant and Chain (14k yellow gold with 30 round full cut diamonds, Hockey player design), Ser No: none; 1 Diamond Pendant and Chain (18k stamped white gold with 8 round full cut diamonds (bull and rider des, Ser No: none; 1 Omega watch Seamaster Bullhead Chronograph, Ser No: 78902056; 1 Rolex Watch (18k white gold Cosmograph Daytona, Ser No: C3548934; 1 De Grisogono watch (Power Breaker rectangular stainless steel), Ser No: 018405; 1 Breitling watch (Navitimer Chronograph GMT stainless steel), Ser No: 2817587; 1 Hublot watch (rectangular Spirit of Big Bang), Ser No: 1363355; 1 Omega watch (Round Speedmaster Dark Side of the Moon Chronoteter), Ser No: 87167709; 1 Zenith watch (round El Primero Tour Auto stainless steel), Ser No: 314244; 1 Breitling watch (round Aviator 8 Chronograph 43 Curtiss Warhawk), Ser No: 2989028; 1 Omega watch (round Seamaster Aqua Terra 150m master Co-axial Chronometer), Ser No: 87583785 which was seized from Brett A. Cook on July 01, 2022 at 980 County Road W, Lot S-1146, located in Fremont, NE

$74,743.00 U.S. Currency from inside the residence at 980 County Road W, Lot S-1146, Fremont, NE (22-FBI-005020) which was seized from Brett A. Cook on July 01, 2022 at 980 County Road W, Lot S-1146, located in Fremont, NE

Real Property located at 17756 East Colt Drive (22-FBI-005042) Parcel # 313-21-903

Real Property located at 980 County Road W, Lot S-1146, Fremont, NE (22-FBI-005065) Parcel # S-1146

Real Property located at 5605 North 168th Street, Omaha, NE (22-FBI-005067) Parcel # Unknown

50% interest in Real Property located at 2203 23rd Street, Columbus, NE (22-FBI-005069) Parcel # 1

2020 MCLAREN 600 LT SPIDER VIN# SBM13SAA5LW007680 (22-FBI-005390)

2022 GMC Sierra K-2600 VIN# 1GT49PEYXNF163905 (22-FBI-005391)

2022 GMC Sierra K2500 VIN# 1GT4PEY5NF145456 (22-FBI-005392)

    Farmers Northwest Life Insurance Policy Number 009138164 Acct# 009138164 (22-FBI-005395)

    Farmers NW Life Insurance Policy Number 009165409 Acct# 009165409 (22-FBI-005396)

    Farmers NW Life Insurance Policy Number 006704990V Acct# 006704990V (22-FBI-005397)

    18K White Gold adjustable chain and four hearts solitaire pendants Ser No: none (22-FBI-005398)

    Rolex Oyster Perpetual watch 124300 Ser No: X596531922244 (22-FBI-005399)

    18K White Gold wide diamond ring with sapphires Ser No: none (22-FBI-005400)

    18K White Gold Ladys ring with sapphires and diamonds Ser No: none (22-FBI-005401)

    Astron SS CHSN Brace Watch Ser No: GEAZ002261 (22-FBI-005402)

    1/4 ctw DIA 14KW 18" station necklace Ser No: CGAZ002336 (22-FBI-005403)

    8.30 ctw DIA 18KW necklace Ser No: 510Z007405 (22-FBI-005404)

    Rolex Oyster Perpetual Watch Ser No: 179E626 (22-FBI-005405)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 13, 2022) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102, and copies of each served upon Assistant United States Attorney Kimberly C. Bunjer, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28

C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Kimberly C. Bunjer, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.