IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CV240 |
| vs. | |
| 2020 McLaren 600LT Spider, et. al, | CERTIFICATE OF SERVICE |
| Defendant. | |

Pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States of America hereby certifies that on November 2, 2022, it served Special Interrogatories to Claimant, *via* first class mail and *via* email to the following counsel of record for Claimant Blake Cook as Personal Representative of Brett Cook's Estate and as Trustee of Brett Cook's Revocable Trust:

    Katherine A. McNamara
    Fraser, Stryker Law Firm
    409 South 17th Street Suite 500, Energy Plaza
    Omaha, NE 68102
    Email:Kmcnamara@fraserstryker.Com

                                            UNITED STATES OF AMERICA,
                                            Plaintiff

                                            STEVEN A. RUSSELL
                                            Acting United States Attorney

                         By:    s/ Mikala Purdy-Steenholdt
                                            MIKALA PURDY-STEENHOLDT
                                            (NY#5112289)
                                            Assistant U.S. Attorney
                                            1620 Dodge Street, Suite 1400
                                            Omaha, NE  68102-1506
                                            Tel:  (402) 661-3700
                                            Fax:  (402) 345-5724
                                            E-mail: Mikala.Purdy-Steenholdt@usdoj.gov