IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>2020 McLaren 600LT Spider et al,<br><br>                      Defendants. | 8:22-CV-240<br><br>ORDER FOR<br>INTERLOCUTORY SALE |

Based on upon the motion of the Plaintiff, United States of America, and pursuant to the Joint Stipulation between the United States, Claimant Blake Cook in his capacity as Personal Representative of Brett Cook's Estate and Trustee of Brett Cook's Revocable Trust, Claimant Pinnacle Bank, and Claimant Darland Properties LLC, Filing 45, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion for Interlocutory Sale of Property, Filing 44, and Joint Stipulation, Filing 45, is granted;

2. The property described as follows:

    980 County Road W, Space 1146, Fremont, Nebraska, with all its appurtenances, improvements, and attachments thereon, and is more fully described as: Lot S-1146, Lake SKI-DI, In Woodcliff, a subdivision as surveyed, platted and recorded in Saunders County, Nebraska.

    will be sold pursuant to the terms set forth in the Motion for Interlocutory Sale of Property.

3. The net proceeds of the sale of the property will be distributed to Pinnacle Bank in satisfaction of the Mortgage Loan and Cross-Collateralization Loan. The remaining proceeds will be substituted for the above-described property and held by the United

1

States Marshal Service or applicable United States agency pending a final judgment in this action.

Dated this 2nd day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge