| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:22CV240 |
| DEFENDANT | TYPE OF PROCESS |
| 2020 McLaren 600LT Spider; et. al. | INTERLOCUTORY SALE ORDER |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real Property

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
980 County Road W., Space 1146 Fremont, Nebraska

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mikala Purdy-Steenholdt
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400, Omaha NE 68102

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

POST ON THE PROPERTY            CATS ID: 22-FBI-005065

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
MIKALA PURDY-STEENHOLDT
Digitally signed by MIKALA PURDY-STEENHOLDT
Date: 2022.12.05 15:05:45 -06'00'

TELEPHONE NUMBER: 402-661-3700
DATE: 2022 DEC -5 PM 4:2[?]

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 4/7
District to Serve No. 4/7
Signature of Authorized USMS Deputy or Clerk
Date: 12/05/2022

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 12/12/22   Time: 9:45   [X] am  [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Served by DUSM Thomas James.

Form USM-285
Rev. 03/21

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2022 DEC 13 AM 11:23
OFFICE OF THE CLERK