IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>2020 MCLAREN 600LT SPIDER,  2022 GMC SIERRA-K2600 AT4 4X4,  2022 GMC SIERRA-K2500 AT4 CC 4X4,  $74,743.00 UNITED STATES CURRENCY,  FARMERS NW LIFE INSURANCE POLICY NUMBER 009138164,  FARMERS NW LIFE INSURANCE POLICY NUMBER 009165409,  FARMERS NW LIFE INSURANCE POLICY NUMBER 006704990V,  ZENITH EL PRIMERO WATCH,  HUBLOT BING BANG WATCH,  BREITLING NAVITIMER 43MM WATCH,  ROLEX DAYTONA WATCH 116509 SERIAL NUMBER 65S626F8 21749, ROLEX OYSTER PERPETUAL WATCH SERIAL NUMBER X64G6926 AF124300X6, ROLEX OYSTER PERPETUAL WATCH SERIAL NUMBER 259G7053 2831-7351-4857,  18K YELLOW GOLD HOCKEY GOALIE PENDANT WITH DIAMONDS AND YELLOW GOLD CHAIN,  18K WHITE GOLD ADJUSTABLE CHAIN AND FOUR HEARTS SOLITAIRE PENDANTS,  ROLEX OYSTER PERPETUAL WATCH SERIAL NUMBER X5965319 22244,  18K YELLOW GOLD HOCKEY PLAYER PENDANT WITH DIAMONDS AND GOLD CHAIN,  18K WHITE GOLD BULL RIDER PENDANT WITH DIAMONDS AND CHAIN,  18KT WHITE GOLD WIDE DIAMOND RING WITH SAPPHIRES,  18KT WHITE GOLD LADYS RING WITH SAPPHIRES AND DIAMONDS,  ROLEX 40MM OYSTER PERPETUAL DAYTONA WHITE MOP8 WATCH SERIAL NUMBER C3J48934,  ASTRON SS CSHN BRACE WATCH,  1/4 CTW DIA 18 STATION NECKLACE,  8.30 CTW DIA 18KW NECKLACE,  ROLEX OYSTER PERPETUAL WATCH SERIAL NUMBER 179E626,  BREITLING AVIATOR 8 CURTIS WARHAWK WATCH,  OMEGA AQUA TERRA LIMITED EDITION WATCH,  OMEGA SPEEDMASTER WATCH,  OMEGA SEAMASTER WATCH,  DEGRISOGONO POWERBREAKER | 8:22CV240<br><br><br>**AMENDED<br>SCHEDULING ORDER** |

WATCH, 17756 EAST COLT DRIVE, QUEEN CREEK, ARIZONA, 980 COUNTY ROAD W, SPACE 1146, FREMONT, NEBRASKA, 4859 SOUTH 136 STREET, OMAHA, NEBRASKA, 50&#037; INTEREST IN 2203 23RD STREET, COLUMBUS, NEBRASKA,, JEFFREY STENSTROM, and 2020 MCLAREN 600LT SPIDER; 2022 GMC SIERRA-K2600 AT4 4X4; 2022 GMC SIERRA-K2500 AT4 CC 4X4; $74,743.00 UNITED STATES CURRENCY; FARMERS NW LIFE INSURANCE POLICY NUMBER 009138164; FARMERS NW LIFE I,

      Defendants.

Having conferred with counsel, the Scheduling Order deadlines are amended as follows:

IT IS ORDERED:

1)  The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.[1]

2)  Counsel for the parties shall confer and, on or before **February 21, 2023**, they shall jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2] Unless the parties agree otherwise, Plaintiff(s) shall prepare the initial draft of the Report and then forward it to Defendant(s) for further additions or revisions.

3)  On or before **February 14, 2023**, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

---

[1](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of January 1, 2019.

**DO NOT** use prior versions of this report.

At the civil bar's request, the court created a Rule 26 Report Calculator for generating proposed dates to complete the Rule 26(f) Report. This online tool was designed to offer insight on how cases are typically progressed in the District of Nebraska. It does not replace the need for counsel to decide what is reasonable and appropriate in a specific case.

      a.      One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

      b.      The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

      c.      The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

4)      Mandatory disclosures shall be served by **February 21, 2023**.

Dated this 6th day of January, 2023.

                                                    BY THE COURT:

                                                    s/ Susan M. Bazis
                                                    United States Magistrate Judge