IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2020 McLaren 600LT Spider, et. al,<br><br>Defendant. | 8:22-CV-240<br><br>**NOTICE OF SERVICE OF BRETT A. COOK REVOCABLE TRUST AND ESTATE OF BRETT A. COOK'S OBJECTION TO CLAIMANT DARLAND PROPERTIES LLC'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM TO THIRD PARTY VENDORS** |

COMES NOW Katherine A. McNamara, counsel for Claimant Blake Cook in his capacity as Trustee for the Brett A. Cook Revocable Trust, and Personal Representative for the Estate of Brett A. Cook, (collectively, the "Cook Trust and Estate Claimants") and states that on February 9, 2023, she served all parties to this action, via electronic mail, the Cook Trust and Estate Claimants' objections to Darland Properties, LLC's February 2, 2023 Notice of Intent to Service Subpoena Duces Tecum to the following vendors: D&K Heating & Cooling, Inc., Innovative Home & Design, Inc., Nastase Roofing, Inc., PDI Construction, Inc., Langfeldt Overhead Door, Inc., Electrical Contractors, Inc., Toubl Contracting, Inc., Asphalt Maintenance, Inc., General Concrete, Inc., K & K Parking Lot Painting, and Sellhorst Security & Sound, Inc.

DATED this 9th day of February, 2023.

    Blake Cook, Personal Representative of the Estate of Brett A. Cook and Trustee for the Brett A. Cook Revocable Trust, Claimants,

By: */s/ Katherine A. McNamara*
    Katherine A. McNamara, #25142
    Margaret A. Rossiter, #26853
    FRASER STRYKER PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, NE 68102-2663
    (402) 341-6000 (telephone)
    (402) 341-8290 (facsimile)

kmcnamara@fraserstryker.com

ATTORNEYS FOR CLAIMANTS

**CERTIFICATE OF SERVICE**

 The undersigned certifies that a true and correct copy of the above and foregoing was electronically filed with the clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties associated with this case.

              */s/ Katherine A. McNamara*