IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>2020 McLaren 600LT Spider, et. al,<br><br>              Defendant. | 8:22-CV-240<br><br>**ENTRY OF APPEARANCE** |

    COMES NOW, Seth C. McCauley, attorney with the law firm of Fraser Stryker PC, LLO, and hereby enters his appearance as additional counsel of record for Claimants Blake Cook, Personal Representative of the Estate of Brett A. Cook and Trustee for the Brett A. Cook Revocable Trust.

    DATED this 13th day of February, 2023.

                                            Blake Cook, Personal Representative of the Estate of Brett A. Cook and Trustee for the Brett A. Cook Revocable Trust, Claimants,

                              By:  */s/ Seth C. McCauley*
                                            Katherine A. McNamara, #25142
                                            Margaret A. Rossiter, #26853
                                            Seth C. McCauley, #27066
                                            FRASER STRYKER PC LLO
                                            500 Energy Plaza
                                            409 South 17th Street
                                            Omaha, NE 68102-2663
                                            (402) 341-6000 (telephone)
                                            (402) 341-8290 (facsimile)
                                            kmcnamara@fraserstryker.com
                                            mrossiter@fraserstryker.com
                                            smccauley@fraserstryker.com
                                            ATTORNEYS FOR CLAIMANTS

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the above and foregoing was electronically filed with the clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties associated with this case.

<em>/s/ Seth C. McCauley</em>