AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   8:22-CV-240

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Frankel Zacharia

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:  Via Certified Mail

Return Reciept -R/A Scott D. Sorenson, 11404 West Dodge Road, Suite 700, Omaha, NE 68154

_____ on *(date)*  03/20/2023  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/22/2023 _____ 

/s/William N. Beerman
_____
*Server's signature*

William N. Beerman, Attorney
_____
*Printed name and title*
Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114;

_____
*Server's address*

Additional information regarding attempted service, etc.:

Postage: $8.10

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _L. Bani_                    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

Frankel Zacharia
R/A Scott D. Sorenson
11404 West Dodge Road, Suite 700
Omaha, NE 68154

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9402 7065 1225 6167 11

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

2. Article Number (Transfer from service label)

7022 0410 0000 7882 5783

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt