AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:22-CV-240

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Sellhorst Security & Sound, Inc.
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Via Certified Mail
Return Reciept-R/A DDLG Business Services, Inc., 9500 W. Dodge Rd., Ste 100, Omaha, NE 68114
on *(date)* 03/20/2023 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/22/2023

/s/William N. Beerman
*Server's signature*

William N. Beerman, Attorney
*Printed name and title*

Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114;

*Server's address*

Additional information regarding attempted service, etc.:

Postage: $8.10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sellhorst Security & Sound, Inc.
   R/A DDLG Business Services, Inc.
   9500 W. Dodge Rd. Ste 100
   Omaha, NE 68114

   9590 9402 7065 1225 6166 05

2. Article Number *(Transfer from service label)*

   7022 1670 0003 2116 2327

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*
   Beth Stiles

C. Date of Delivery
   3.20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt