AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:22-CV-240

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* PDI Construction, Inc.
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Via Certified Mail Return Reciept-R/A Raymond E. Menichetti Jr., 11906 S. 221st Circle, PO Box 522, Gretna, NE 68028

on *(date)* 03/20/2023 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/22/2023

/s/William N. Beerman
*Server's signature*

William N. Beerman, Attorney
*Printed name and title*

Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114;

*Server's address*

Additional information regarding attempted service, etc.:

Postage: $8.10

