AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:22-CV-240

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Toubl Contracting, Inc., d/b/a Star Enterprises on *(date)* .

☑ I served the subpoena by delivering a copy to the named person as follows: Via Certified Mail Return Reciept - Jeremy Toubl 14001 NW 150th St. Piedmont, OK 73078

on *(date)* 04/11/2023 ; or

☐ I returned the subpoena unexecuted because:  .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$  .

My fees are $  for travel and $  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/14/2023

/s/William N. Beerman
*Server's signature*

William N. Beerman, Attorney
*Printed name and title*

Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114;

*Server's address*

Additional information regarding attempted service, etc.:

Postage: $8.10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Toubl Contracting, Inc.
d/b/a Star Enterprises
c/o Jeremy Toubl
14001 NW 150th St
Piedmont, OK 73078

9590 9402 7379 2028 1631 50

2. Article Number *(Transfer from service label)*

7022 0410 0000 7882 5684

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signed] Sam Toubl ID_ ☐ Agent ☒ Addressee

B. Received by *(Printed Name)*: Samantha Toubl    C. Date of Delivery: 4/11/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt