IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>2020 McLaren 600LT Spider et al,<br><br>      Defendants. | 8:22-CV-240<br><br>**AMENDED ORDER FOR INTERLOCUTORY SALE** |

Based upon the supplemental joint stipulation, Filing 70, between the plaintiff, United States of America, claimant Blake Cook in his capacity as Personal Representative of Brett Cook's Estate and Trustee of Brett Cook's Revocable Trust, claimant Pinnacle Bank, and claimant Darland Properties LLC, and for good cause show,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Order for Interlocutory Sale of Property, Filing 46, is amended;

2. The net proceeds of the sale of the property will be distributed to Pinnacle Bank in satisfaction of the Mortgage Loan and Cross-Collateralization Loan. After the Mortgage Loan and Cross-Collateralization Loan are satisfied, the net proceeds will then satisfy the construction lien filed on the Fremont Property with the Saunders County Register of Deeds, Instrument No. 2022-07-372, by Electrical Contractors, Inc. in the amount of $43,288.50. The remaining proceeds will be substituted for the above-described property and held by the United States Marshal Service or applicable United States agency pending a final judgment in this action.

Dated this 9th day of May, 2023.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge