IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER et. al.,<br><br>　　　　　　Defendants. | 8:22-CV-240<br><br>**ORDER FOR INTELOCUTORY SALE** |

　　　　Based upon the motion of the Plaintiff, United States of America, Filing 73. and pursuant to the Joint Stipulation between the United States, Claimant Blake Cook in his capacity as Personal Representative of Brett Cook's Estate and Trustee of Brett Cook's Revocable Trust, Claimant Darland Properties LLC, Claimant B&B Real Estate LLC, and Claimant Bradley Morehouse, Filing 74, and for good cause shown,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  The Motion for Entry of an Order for Interlocutory Sale, Filing 73, and Joint Stipulation for Entry of an Order for Interlocutory Sale, Filing 74, are granted;

2.  The property described as follows:

    50% of the ownership interest in the real property located at 2203 23rd Street, Columbus, Nebraska,

    will be sold pursuant to the terms set forth in the Motion for Entry of an Order for Interlocutory Sale, Filing 73; and

1

2

3. The net sale proceeds shall be held in an interest-bearing account pending final judgment in this action.

Dated this 7th day of July, 2023.

                                                         BY THE COURT:

                                                         _____
                                                         Brian C. Buescher
                                                         United States District Judge