IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>2020 MCLAREN 600LT SPIDER et. al.,<br><br>                 Defendants. | 8:22-CV-240<br><br>**ORDER** |

    Presently before the Court is a stipulation between all the parties, a joint motion to lift and injunction and enter judgment and a decree of forfeiture, and several motions to withdraw. Filing 98; Filing 99; Filing 100; Filing 102; Filing 103; Filing 104; Filing 105; Filing 106. For the reasons stated below, all of these motions are granted.

    The parties have stipulated that the only remaining defendant properties to be addressed in this action are as follows:

        b.      17756 East Colt Drive, Queen Creek, Arizona
        f.       2022 GMC Sierra-K2600 AT4 4x4 Red VIN1GT49PEYXNF163905;
        g.      2022 GMC Sierra-K2500 AT4 CC 4x4 Red VIN#1GT49PEY5NF145456;
        s.       18K white gold adjustable chain and four hearts solitaire pendants 1.03 ct HS FNS 1 GIA 14465889, 1.01 ct HS FNS2 GIA 14913989, 1.50 ct HS DNSl GAI 15181577, 1.51 ct HS DNSl GIA 15022459;
        aa.    Astron SS CSHN Brace watch Item Number GEAZ002261;
        bb.    ¼ ctw DIA 14KW 18" station necklace Item Number CGAZ002336; and
        cc.    8.30 ctw DIA 18KW necklace Item Number 5102007405;
        ii.     980 County Road W, Space 1146, Fremont, Nebraska;
        jj.     5605 North 168th Street, Omaha, Nebraska; and
        kk.   50% Interest in 2203 23rd Street, Columbus, Nebraska.

Filing 98 at 4. The parties also stipulate that several of the defendant properties (f, g, s, dd, ee, and ff) are missing and should be dismissed, which would leave only properties b, ff, gg, and hh in this action. Filing 98 at 4–5. The parties have further stipulated that the claimants will withdraw their

1

claims in exchange for the Government's efforts in "restoring the defendant properties and remitting any proceeds from the sale of said defendant properties towards restitution as ordered in the Judgment entered on July 21, 2023, in the criminal case" that is underlying this matter. Filing 78 at 5. The Court accepts the parties' stipulation. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation Regarding Order of Entry of Judgment and Decree of Forfeiture, [Filing 98](Filing 98), is accepted;

2. The Claimants' Motions to Withdraw, [Filing 99](Filing 99); [Filing 100](Filing 100); [Filing 102](Filing 102); [Filing 103](Filing 103); [Filing 104](Filing 104); [Filing 105](Filing 105), are granted;

3. The Joint Motion for Lift of Injunction and Entry of Judgment and Decree of Forfeiture, [Filing 106](Filing 106), is granted;

4. The July 5, 2022, injunction, [Filing 6](Filing 6), is lifted;

5. Defendant properties f, g, s, dd, ee, and ff, are adjudged to be missing and hereby dismissed;

6. All right, title, and interest in and to defendant properties b, ff, gg, and hh held by any person are forever barred and foreclosed;

7. Defendant properties b, ff, gg, and hh are forfeited to the Government; and

8. The Government is directed to dispose of defendant properties in accordance with the parties' stipulation, [Filing 98](Filing 98).

IT IS FURTHER ORDERED that a separate judgment shall enter accordingly.

Dated this 2nd day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge