## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                  Plaintiff, <br><br> vs. <br><br> 2020 MCLAREN 600LT SPIDER et al., <br><br>             Defendant. | **8:22-CV-240** <br><br> **AMENDED FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Amended Order. Filing 109. The Court reviews the record in this case and being duly advised in the premises, finds as follows:

1.     On October 2, 2024, this Court entered an Order granting the parties' joint motion to lift the injunction and entry of judgment and decree of forfeiture. Filing 107.

The United States' motion to amend the judgment indicates that some assets were mislabeled in the Order impacting several assets forfeited and/or dismissed. Filing 109. This includes the following assets:

      b. 17756 East Colt Drive, Queen Creek, Arizona;

      f. 2022 GMC Sierra-K2600 AT4 4x4 Red
         VIN1GT49PEYXNF163905;

      g. 2022 GMC Sierra-K2500 AT4 CC 4x4 Red
         VIN#1GT49PEY5NF145456;

      q. 18K white gold adjustable chain and four hearts solitaire
         pendants 1.03 ct HS FNS 1 GIA 14465889, 1.01 ct HS FNS2
         GIA 14913989, 1.50 ct HS DNSl GAI 15181577, 1.51 ct HS
         DNSl GIA 15022459;

      x. Astron SS CSHN Brace watch Item Number GEAZ002261;

      y. ¼ ctw DIA 14KW 18" station necklace Item Number
        CGAZ002336;

      z. 8.30 ctw DIA 18KW necklace Item Number 5102007405;

      ff. 980 County Road W, Space 1146, Fremont, Nebraska;

      gg. 5605 North 168th Street, Omaha, Nebraska; and

      hh. 50% Interest in 2203 23rd Street, Columbus, Nebraska.

2.      That forfeiture allegations f, g, q, x, y, and z are dismissed instead of s, dd, ee, and ff, as listed in the Order.

3.      That assets b, ff, gg, and hh are still forfeited as listed in the Order.

4.      The Motion for an Amended Order should be granted.

IT IS ORDERED:

1.      The government's Motion for Amended Order, Filing 109, is granted.

2.      All right, title and interest in and to the property listed in paragraph 4 and taken from defendant, held by any person or entity are forever barred and foreclosed.

4.      The property described in paragraph 4 is forfeited to the government.

5.      The government is directed to dispose of the remaining defendant properties listed in paragraph 3 in accordance with law.

Dated this 8th day of November, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge